UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| MARY CRUMPTON, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> OCTAPHARMA PLASMA, INC., <br><br> Defendant. | ) ) ) ) ) Case No. 1:19-cv-08402 ) ) Judge Virginia M. Kendall ) ) ) ) ) |

**PROOF OF SERVICE OF NOTICE OF SETTLEMENT PURSUANT TO THE
CLASS ACTION FAIRNESS ACT**

To: See Service List

PLEASE TAKE NOTICE that on November 10, 2021, Defendant, Octapharma Plasma, Inc. ("Octapharma"), sent notice to the appropriate state and federal officials of the Proposed Class Action Settlement pursuant to 28 U.S.C. § 1715. The notice was received by the appropriate state and federal officials on November 13, 2021. No objections have been received.

Dated: February 2, 2022

Respectfully submitted,

OCTAPHARMA PLASMA, INC.,
Defendant

By: _/s/ Daniel T. Graham_
    Daniel T. Graham
    dgraham@clarkhill.com
    Timothy R. Herman
    therman@clarkhill.com
    Jeffrey M. Sniadanko
    jsniadanko@clarkhill.com
    CLARK HILL PLC
    130 East Randolph Street
    Suite 3900
    Chicago, Illinois 60601
    Ph.: 312.985.5900
    Fax: 312.985.5954 (Graham)

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned, Christine Pfeiffer, a non-attorney, do hereby certify that on February 2, 2022, I caused a copy of the foregoing Octapharma Plasma, Inc.'s Notice of Filing of CAFA Notice to be served upon the following individuals by ECF:

Benjamin H. Richman
J. Eli Wade-Scott
Alexander G. Tievsky
Daniel Schneider
Schuyler R. Ufkes
Edelson PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
brichman@edelson.com
ewadescott@edelson.com
atievsky@edelson.com
dschneider@edelson.com
sufkes@edelson.com

David Fish
John Kunze
Mara Ann Baltabols
Fish Potter Bolanños, P.C.
200 East Fifth Avenue, Suite 123
Naperville, Illinois 60563
dfish@fishlawfirm.com
kunze@fishlawfirm.com
mara@fishlawfirm.com

/s/ Christine Pfeiffer

397532\263176859