# Exhibit 3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| MARY CRUMPTON, individually and on behalf of all others similarly situated, | |
| *Plaintiff,* | |
| v. | No.: 19-cv-08402 |
| OCTAPHARMA PLASMA, INC., a Delaware corporation, | |
| *Defendant.* | |

**DECLARATION OF JAMES PRUTSMAN**
**OF KROLL SETTLEMENT ADMIISTRATOR IN SUPPORT OF FINAL APPROVAL**

Under penalties as provided by law pursuant to 28 U.S.C. § 1746, I, James Prutsman, certify that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief, and as to such matters, I certify that I believe the same to be true:

1.      I am a Senior Director for Kroll Settlement Administration LLC ("Kroll", f/k/a Heffler Claims Group or Heffler Claims Administration) in Philadelphia, Pennsylvania. I am over twenty-one years of age and am authorized to make this declaration on behalf of Kroll and myself. The following statements are based on my personal knowledge and information provided by other experienced Kroll employees working under my supervision. This declaration is being filed in support of Plaintiff's motion for final approval of class action settlement.

2.      Kroll has extensive experience in class action matters, having provided services in class action settlements involving antitrust, securities fraud, employment and labor, consumer, and government enforcement matters. Kroll has provided notification and/or claims administration services in more than 3,000 cases.

1

3.      Kroll was appointed as the Settlement Administrator to provide notification and settlement administration services in *Crumpton v. Octapharma Plasma, Inc.*, No. 19-cv-08402 (N.D. Ill.), referred to herein as the "Settlement." Kroll's duties in this Settlement have and will include: (a) receiving and analyzing the class member data ("the Class List") from defense counsel; (b) establishing a post office box for the receipt of general mail and correspondence; (c) creating a website with online claim filing capabilities; (d) establishing an email address to receive class member inquiries; (e) establishing a toll-free number with an Interactive Voice Response (IVR) system and live operators; (f) preparing and sending Notice via U.S. Mail and email; (g) processing Notices returned with a forwarding address; (h) processing Notices returned as undeliverable as addressed; (i) receiving and processing any opt-outs and objections; (j) receiving and processing claim forms; and (k) such other tasks as counsel for the Parties or the Court orders Kroll to perform.

4.      <u>Class List:</u> On November 16, 2021, Kroll received a data file containing 76,824 records. The data file's key components were Name, Address, and Email.  Kroll performed an analysis of the data and determined that all records provided were unique.  Thereafter, Kroll "scrubbed" the data to ensure it was in proper format for distributing Notice. Kroll also determined that there were 32,654 unique records that contained an email address so they would receive an email notice and all 76,824 unique records with a mailing address associated were also sent a mail notice.

5.      <u>Post Office Box:</u> On November 16, 2021, Kroll obtained a post office box with the mailing address *Crumpton v. Octapharma Plasma, Inc., Settlement Administrator,* P.O. Box 5324, New York, NY 10150-5324 in order to receive completed W9s, requests for exclusion, objections, and correspondence from class members. This post office box received 6,593 inquires, all of which were addressed by Kroll staff.

6.      Email Address: On November 17, 2022, Kroll established a dedicated email address, Info@OPIBIPASettlement.com, as an alternative method for class members to submit requests for exclusion, objections, and correspondence to Kroll. This email address received more than 133 inquires, all of which were addressed by Kroll staff.

7.      Settlement Website: On December 2, 2021, Kroll created and is currently hosting a dedicated Settlement Website entitled www.OPIBIPASettlement.com. The Settlement Website contains a summary of the Settlement, important deadlines, answers to frequently asked questions ("FAQs"), and the capability to electronically submit a claim form and W-9 form online. The online claim form also lets class members select to receive their settlement payment by Venmo, Zelle, Paypal, Prepaid Mastercard, ACH Direct Deposit, or check. The Settlement Website also contains relevant case documents including: the Settlement Agreement; Plaintiff's First Amended Complaint; Defendant's Answer to Plaintiff's First Amended Complaint; Plaintiff's Motion for and Memorandum in Support of Preliminary Approval of Class Action Settlement; the Preliminary Approval Order; Plaintiff's Motion and Memorandum of Law for Attorneys' Fees, Expenses, and Incentive Award, posted on January 19, 2022; the Long Form Notice, which is attached hereto as Exhibit A3; and the exhibits attached to each of the forgoing documents. The Settlement Website also includes information and dates for Settlement Class members including the Objection/Exclusion Deadline, the date and time of the Final Approval Hearing, and instructions on how to appear at the Final Approval Hearing telephonically. As of February 1, 2022, the Settlement Website has had 34,431 visits.

8.      Toll-Free Number: On November 16, 2022, Kroll established and is still maintaining a toll-free number, 1-833-927-0818, for individuals to call and obtain additional

information regarding the Settlement. As of February 1, 2022, the IVR call center line received 2,390 calls.

9. <u>Direct Notice:</u> On or about November 16, 2021, Kroll received from counsel a Word version of the direct Notice to be emailed to Settlement Class members, a Word version of the direct Notice to be mailed to Settlement Class members, and a Word version of the Long Form Notice to be posted to the Settlement Website. Kroll prepared and formatted drafts of the materials, which counsel reviewed and approved. True and correct copies of the finalized Notices are attached hereto as **Exhibits "A1, A2, and A3."**

10. In order to provide the best notice practicable, Kroll ran the address data through the USPS National Change of Address ("NCOA") database and updated the data with the changes received from NCOA.

11. On December 2, 2021, Kroll caused the emailing of Notices in the form of Exhibit A1 to 32,654 Settlement Class members with an email address on the Class List. Of the 32,654 emails attempted for delivery, 7,299 emails bounced back.

12. On December 2, 2021, Kroll caused the mailing of postcard Notices with an attached claim form, in the form of Exhibit A2, to all 76,824 Settlement Class members on the Class List. As of February 1, 2022, Kroll has received 0 Notices returned by the USPS with a forwarding address. As of February 1, 2022, Kroll has received 233 Notices returned by the USPS as undeliverable as addressed. Kroll has updated the records in the database to identify these as undeliverable. Kroll sent the 233 records through a skip trace process with LexisNexis and obtained 178 updated addresses. On January 6, 2022, Kroll re-mailed Notices to the 178 addresses obtained through the skip-trace process. Of the 178 re-mailed Notices, none have been returned by the USPS as undeliverable to date. Of the 55 individuals for whom an address could not obtained

through the skip-trace process, 17 were sent email Notice of the Settlement on December 2, 2021, 4 of which bounced back.

13.     The Objection/Exclusion Deadline was January 27, 2022. As of February 1, 2022, Kroll has received no requests for exclusion from the Settlement and no objections to the Settlement.

14.     The last day to submit claims is February 3, 2022. As of February 1, 2022, Kroll has received and processed 6,350 timely paper claim forms and 9,510 timely online claim forms, for a total of 15,860 claims.  Kroll is in the process of reviewing these and additional timely submitted claims for validity.

15.     As of February 1, 2022, Kroll has billed $59,383.80 in total fees and expenses associated with administering the Settlement. Kroll expects that its fees and expenses to complete administration of the Settlement will total approximately $130,657.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct to the best of my knowledge and that this Declaration was executed on February 2, 2022 in Pagosa Springs, Colorado.

JAMES PRUTSMAN

5

Exhibit A1

From:  tobedetermined@domain.com
To:  JohnDoeClassMember@domain.com
Re:  Legal Notice of Proposed Class Action Settlement

### NOTICE OF PROPOSED CLASS ACTION SETTLEMENT
*Crumpton v. Octapharma Plasma, Inc.*, No. 19-cv-08402
(United States District Court for the Northern District of Illinois)

### OUR RECORDS INDICATE YOU SCANNED YOUR FINGER AT AN OCTAPHARMA PLASMA DONATION FACILITY IN ILLINOIS AND ARE ENTITLED TO A PAYMENT FROM A CLASS ACTION SETTLEMENT.

*This is an official court notice. You are not being sued. This is not an ad for a lawyer.*

*For more information, visit  www.OPIBIPASettlement.com*
*Para una notificación en Español, visitar www.OPIBIPASettlement.com*

This notice is to inform you that a proposed settlement has been reached in a class action lawsuit between Octapharma Plasma, Inc. ("Octapharma") and certain plasma donors who scanned their finger and listed an Illinois address at an Octapharma plasma donation facility in Illinois. The lawsuit claims that Octapharma violated an Illinois law called the Illinois Biometric Information Privacy Act ("BIPA") when it collected individuals' biometric data when they used a finger-scanning donor identification system, without complying with the law's requirements. Octapharma denies these allegations and denies that it is subject to or violated BIPA. The Court has not decided who is right or wrong. Please read this notice carefully. Your legal rights are affected whether you act, or don't act.

**Who is included in the Settlement Class?** Our records indicate that you are included in the Settlement Class. The Settlement Class includes all persons who scanned their finger and provided an Illinois address at an Octapharma plasma donation facility located in Illinois between December 2, 2014 and February 4, 2020.

**What can I get out of the settlement?** If you're eligible and the Court approves the settlement, you can file a claim to receive a cash payment. The payment amount is estimated to be approximately $400 to $800, but could be more or less depending on the number of valid claims submitted. This amount is an equal share of a $9,987,380 fund that Octapharma agreed to create, after any Court-approved payment of settlement expenses, attorneys' fees, and any incentive award.

**How do I get my payment?** Just complete and verify the short and simple Claim Form online here [Claim Form Link], or you can visit www.OPIBIPASettlement.com and download a paper Claim Form and submit it by mail. By submitting online you can choose to receive your payment via Venmo, PayPal, Zelle, Prepaid Mastercard, or Direct Deposit (instead of a check). ***All Claim Forms must be submitted online or postmarked by February 3, 2022***.

**What are my Options?** You can do nothing, comment on or object to any of the settlement terms, or exclude yourself from the settlement. If you do nothing, you won't get a payment, and you won't be able to sue Octapharma or certain related companies and individuals in a future lawsuit about the

claims addressed in the settlement. You can also object to the settlement if you disagree with any of its terms by writing to the Court. If you exclude yourself, you won't get a payment but you'll keep your right to sue Octapharma on the issues the settlement concerns. You must contact the Settlement Administrator by mail or email (info@opibipasettlement.com) to exclude yourself from the settlement. ***All Requests for Exclusion and Objections must be received by January 27, 2022.***

**<u>Do I have a lawyer?</u>** Yes. The Court has appointed lawyers from the law firms Edelson PC and Fish Potter Bolaños, P.C. as "Class Counsel." They represent you and other Settlement Class Members. The lawyers will request to be paid from the total amount that Octapharma agreed to pay to the class members. You can hire your own lawyer, but you'll need to pay that lawyer's legal fees if you do. The Court has also chosen Mary Crumpton—a class member like you—to represent the Settlement Class.

**<u>When will the Court approve the settlement?</u>** The Court will hold a final approval hearing on February 16, 2022, at 9:00 a.m. before the Honorable Virginia M. Kendall in Room 2503 at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, or via remote means as instructed by the Court. Instructions for participating remotely will be posted on the Settlement Website. During the hearing, the Court will hear objections, determine if the settlement is fair, and consider Class Counsel's request for fees and expenses of up to 35% of the Settlement Fund and an incentive award of $5,000. The fee request will be posted on the Settlement Website by January 13, 2022.

# Exhibit A2

Octapharma Plasma, Inc
c/o Settlement Administrator
P.O. Box 5324
New York, NY 10150-5324

OUR RECORDS INDICATE
YOU SCANNED YOUR FINGER
AT AN OCTAPHARMA PLASMA
DONATION FACILITY IN
ILLINOIS AND ARE ENTITLED
TO A PAYMENT FROM A
CLASS ACTION SETTLEMENT.

<<refnum barcode>>
**Postal Service Please do not mark barcode**

Class Member ID: <<refnum>>
<<FirstName>> <<LastName>>
<<BusinessName>>
<<Address>>
<<Address2>>
<<City>>, <<ST>> <<Zip>>-<<zip4>>

This notice is to inform you that a proposed settlement has been reached in a class action lawsuit between Octapharma Plasma, Inc. ("Octapharma") and certain plasma donors who scanned their finger at an Octapharma plasma donation facility in Illinois and listed an Illinois address  The lawsuit claims that Octapharma violated an Illinois law called the Illinois Biometric Information Privacy Act when it collected individual donors' biometric data when they used a finger-scanning donor identification system, without complying with the law's requirements  Octapharma denies those allegations and the law's applicability to Octapharma  The Court has not decided who is right or wrong  Please read this notice carefully  Your legal rights are affected whether you act, or don't act

**Who is included in the Settlement Class?** Our records indicate that you are included in the Settlement Class  The Settlement Class includes all persons who scanned their finger and provided an Illinois address at an Octapharma plasma donation facility located in Illinois between December 2, 2014 and February 4, 2020

**What can I get out of the settlement?** If you're eligible and the Court approves the settlement, you can file a claim to receive a cash payment  The payment amount is estimated to be approximately $400 to $800 but could be more or less depending on the number of valid claims submitted  This amount is an equal share of a $9,987,380 fund that Octapharma agreed to create, after any Court-approved payment of settlement expenses, attorneys' fees, and any incentive award

**How do I get my payment?** Just complete and return the attached Claim Form by mail, or you can visit the Settlement Website, www OPIBIPASettlement com, and submit a Claim Form online  *All Claim Forms must be postmarked or submitted online by February 3, 2022.*

**What are my Options?** You can do nothing, comment on or object to any of the settlement terms or exclude yourself from the settlement  If you do nothing, you won't get a payment, and you won't be able to sue Octapharma or certain related companies and individuals in a future lawsuit about the claims addressed in the settlement  You can also comment on or object to the settlement if you disagree with any of its terms by writing to the Court  If you exclude yourself, you won't get a payment, but you'll keep your right to sue Octapharma on the issues the settlement concerns  You must contact the Settlement Administrator by mail or e-mail to exclude yourself from the settlement  A*ll Requests for Exclusion and Objections must be received by January 27, 2022.*

**Do I have a lawyer?** Yes  The Court has appointed lawyers from the law firm Edelson PC and Fish Potter Bolaños, P C  as "Class Counsel "  They represent you and other Settlement Class Members  The lawyers will request to be paid from the total amount that Octapharma agreed to pay to the Settlement Class Members  You can hire your own lawyer, but you'll need to pay that lawyer's legal fees if you do  The Court has also chosen Mary Crumpton—a class member like you—to represent the Settlement Class

**When will the Court approve the Settlement?** The Court will hold a Final Approval Hearing on February 16, 2022, at 9:00 a m  before the Honorable Virginia M  Kendall in Room 2503 at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, or via remote means as instructed by the Court  Instructions for participating remotely will be posted on the Settlement Website  During the hearing, the Court will hear objections, determine if the settlement is fair, and consider Class Counsel's request for fees and expenses of up to 35% of the Settlement Fund and an incentive award of $5,000  The request will be posted on the Settlement Website by January 13, 2022



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

# BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 36777526    NEW YORK, NY

POSTAGE WILL BE PAID BY ADDRESSEE

CRUMPTON V. OCTAPHARMA PLASMA, INC.
C/O SETTLEMENT ADMINISTRATOR
PO. BOX 5324
NEW YORK NY 10126-2876



<<refnum barcode>>
Class Member ID: <<refnum>>

## CLAIM FORM

THIS CLAIM FORM MUST BE SUBMITTED ONLINE OR POSTMARKED BY FEBRUARY 3, 2022 AND MUST BE FULLY COMPLETED, BE SIGNED, AND MEET ALL CONDITIONS OF THE SETTLEMENT AGREEMENT

**Instructions:** Fill out each section of this form and sign where indicated  If you prefer to receive payment via Venmo, PayPal, Zelle, Prepaid Mastercard, or Direct Deposit (instead of a check), you must submit a Claim Form online on the Settlement Website at www OPIBIPASettlement com  If you submit this paper Claim Form by mail and it is approved, you will receive a check in the mail at the address you provide below  Depending on the number of valid claims submitted, you may need to complete an IRS Form W-9 to satisfy tax reporting obligations  You may complete the Form W-9 now on the Settlement Website at www OPIBIPASettlement com; doing so now will ensure that you receive your full payment as soon as possible

Class Member ID: <<refnum>>

<<firstname>> <<mi>> <<lastname>>
<<address1>> <<address2>>
<<City>>, <<State>> <<Zip>>

If different than the preprinted data on the left, please print your correct information:

_____ __ _____
First Name                MI  Last Name

_____
Address

_____ __ __ ___ __ __ __ __ __
City                                    State      ZipCode

Email Address (optional): _____@_____

Contact Phone #: ( ___ ___ ___ ) ____ ____ ____ – ____ ____ ____ ____ (You may be contacted if further information is required )

**Settlement Class Member Verification: By submitting this Claim Form, I declare that I am an individual who scanned my finger at an Octapharma plasma donation facility located in Illinois and provided an Illinois address between December 2, 2014 and February 4, 2020.**

Signature: _____       Date: ____ ____/ ____ ____/ ____ ____

Print Signature: _____

The Settlement Administrator will review your Claim Form  If accepted, you will be mailed a check for a pro rata share depending on the number of valid Claim Forms received  This process takes time, please be patient

Questions, visit www OPIBIPASettlement com or call (833) 927-0818

Exhibit A3

<u>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS</u>

*Crumpton v. Octapharma Plasma, Inc.*, Case No. 19-cv-08402

**IF YOU SCANNED YOUR FINGER AT AN OCTAPHARMA PLASMA FACILITY IN ILLINOIS BETWEEN DECEMBER 2, 2014 AND FEBRUARY 4, 2020, YOU CAN CLAIM A PAYMENT FROM A CLASS ACTION SETTLEMENT.**

***This is an official court notice. You are <u>not</u> being sued. This is <u>not</u> an ad for a lawyer.***

- A settlement has been reached in a class action lawsuit between Octapharma Plasma, Inc. ("Defendant" or "Octapharma") and certain plasma donors who scanned their finger at an Octapharma plasma donation facility in the State of Illinois and listed an Illinois address (the "Settlement"). The lawsuit claims that Octapharma violated an Illinois law called the Illinois Biometric Information Privacy Act ("BIPA") when it collected individuals' biometric data through its donor identification system with a finger scanner without complying with the law's requirements. Octapharma denies those allegations and the law's applicability to Octapharma. The Court has not decided who is right or wrong. The Settlement has been preliminarily approved by a federal court in Chicago, Illinois.

- You are included in the Settlement if you scanned your finger and provided an Illinois address at an Octapharma blood plasma donation facility in Illinois between December 2, 2014 and February 4, 2020. If you received a notice of the Settlement in the mail or by e-mail, our records indicate that you are a Settlement Class Member and are included in the Settlement, and you may submit a Claim Form online or by mail to receive a cash payment.

- If the Court approves the Settlement, members of the Class who submit valid claims will receive an equal, or *pro rata*, share of a $9,987,380 Settlement Fund that Octapharma has agreed to establish, after all notice and administration costs, incentive award, and attorneys' fees have been paid. Individual payments to Settlement Class Members who submit a valid Claim Form are estimated to be $400 to $800, but could be more or less depending on the number of valid claims submitted.

- Please read this notice carefully. Your legal rights are affected whether you act, or don't act.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **SUBMIT A CLAIM FORM** | This is the only way to receive a payment. You must submit a complete and valid Claim Form either online or by mail by February 3, 2022. |
| **DO NOTHING** | You will receive no payment under the Settlement and give up your rights to sue Octapharma or certain related companies and individuals about the issues in this case. |
| **EXCLUDE YOURSELF** | You will receive no payment, but you will retain any rights you currently have to sue Octapharma about the issues in this case. |
| **OBJECT** | Write to the Court explaining why you don't like the Settlement. |
| **ATTEND A HEARING** | Ask to speak in Court about the fairness of the Settlement. |

These rights and options—**and the deadlines to exercise them**—are explained in this notice.

The Court in charge of this case still has to decide whether to approve the Settlement. Payments will be provided only after any issues with the Settlement are resolved. Please be patient.

## BASIC INFORMATION

### 1. What is this notice and why should I read it?

The Court authorized this notice to let you know about a proposed Settlement with Octapharma. You have legal rights and options that you may act on before the Court decides whether to approve the proposed Settlement. You may be eligible to receive a cash payment as part of the Settlement. This notice explains the lawsuit, the Settlement, and your legal rights.

Judge Virginia M. Kendall of the United States District Court for the Northern District of Illinois is overseeing this class action. The case is called *Crumpton v. Octapharma Plasma, Inc.*, Case No. 19-cv-08402. The person who filed the lawsuit, Mary Crumpton, is the Plaintiff. The company she sued, Octapharma Plasma, Inc., is the Defendant.

### 2. What is a class action lawsuit?

A class action is a lawsuit in which an individual called a "Class Representative" brings a single lawsuit on behalf of other people who have similar legal claims. All of these people together are a "Class" or "Class Members." Once a Class is certified, a class action Settlement finally approved by the Court resolves the issues for all Settlement Class Members, except for those who exclude themselves from the Settlement Class.

### THE CLAIMS IN THE LAWSUIT AND THE SETTLEMENT

| 3. What is this lawsuit about? |
|---|

The Illinois Biometric Information Privacy Act ("BIPA"), 740 ILCS 14/1, *et seq*., prohibits private companies from capturing, obtaining, storing, and/or using the biometric identifiers and/or biometric information of another individual for any purpose, without first providing notice and getting consent in writing. Biometrics are things like your fingerprint, faceprint, or a scan or your iris. This lawsuit alleges that Octapharma violated BIPA by allegedly collecting biometric fingerprint data from Illinois plasma donors who scanned their fingers for identification through Octapharma's donor management system before donating plasma at its Illinois plasma donation facilities, without giving notice or getting consent. Octapharma denies these allegations and denies that it was subject to or violated BIPA.

More information about Plaintiff's complaint in the lawsuit and the Defendant's defenses can be found in the "Court Documents" section of the settlement website at www.OPIBIPASettlement.com.

| 4. Who is included in the Settlement Class? |
|---|

You are a member of the Settlement Class if you scanned your finger and provided an Illinois address at an Octapharma plasma donation facility located in Illinois between December 2, 2014 and February 4, 2020. If you scanned your finger at an Octapharma plasma donation facility in Illinois during that time-period, you may be a class member and may submit a **Claim Form** for a cash payment. If you received a notice of the Settlement via email or in the mail, our records indicate that you are a class member and are included in the Settlement. You may email the Settlement Administrator at info@OPIBIPASettlement.com to ask whether you are a member of the Settlement Class.

### THE SETTLEMENT BENEFITS

| 5. What does the Settlement provide? |
|---|

**Cash Payments.** If you're eligible, you can file a claim to receive a cash payment. The amount of such payment is estimated to be around $400 to $800, but the exact amount is unknown at this time and could be more or less depending on the number of valid Claim Forms submitted. This is a *pro rata*, or equal, share of a $9,987,380 fund that Octapharma has agreed to create, after the payment of settlement expenses, attorneys' fees, and any incentive award for the Class Representative in the litigation approved by the Court.

**Prospective Relief.** Under the Settlement, Octapharma has agreed to take all steps necessary to comply with BIPA by obtaining written releases from Illinois donors who use a finger scanner, making all BIPA-required disclosures, establishing and maintaining a publicly-available retention policy, and destroying all fingerprint data from past donors within three years of their last interaction with Octapharma.

### HOW TO GET SETTLEMENT BENEFITS

| 6. How do I get a payment? |
|---|

If you are a Settlement Class member and you want to get a payment, you must complete and submit a valid Claim Form by February 3, 2022. If you received an email notice, it contained a link to the online Claim Form, which is also available on this website **here** and can be filled out and submitted online. The online Claim Form lets you select to receive your payment by Venmo, Zelle, Paypal, Prepaid Mastercard,

ACH Direct Deposit, or check. A paper Claim Form with pre-paid postage was attached to the postcard notice you may have received in the mail. Those who submit a paper Claim Form will receive a check by mail, if the claim is approved.

The Claim Form requires you to provide the following information: (i) full name, (ii) current U.S. Mail address, (iii) current contact telephone number and email address, and (iv) a statement that you scanned your finger at an Octapharma plasma donation facility located in Illinois and provided an Illinois address between December 2, 2014 and February 4, 2020.

Depending on the number of valid Claim Forms submitted and the amount of the payment to each Class Member, you may need to complete an IRS Form W-9 to satisfy IRS tax reporting obligations related to the payment. You may complete the Form W-9 now on the Settlement Website; doing so now will ensure that you receive your full payment as soon as possible.

## 7. When will I get my payment?

The hearing to consider the fairness of the Settlement is scheduled for February 16, 2022. If the Court approves the Settlement, Class Members whose claims were approved by the Settlement Administrator and, if necessary, who have completed a W-9 Form on the Settlement Website will be issued a check or electronic payment (as chosen by the Class Member) within 60 days after the Settlement has been finally approved by the Court and/or after any appeals process is complete. Please be patient. Uncashed checks and electronic payments that are unable to be completed will expire and become void 90 days after they are issued and will be donated to the American Civil Liberties Union of Illinois, earmarked to support its Government Accountability and Personal Privacy efforts, or such other not-for-profit organization(s) as the Court may order as *cy pres* recipient.

## THE LAWYERS REPRESENTING YOU

## 8. Do I have a lawyer in the case?

Yes, the Court has appointed lawyers J. Eli Wade-Scott and Schuyler Ufkes of Edelson PC and David Fish of Fish Potter Bolaños, P.C. as the attorneys to represent you and other Class Members. These attorneys are called "Class Counsel." In addition, the Court appointed Plaintiff Mary Crumpton to serve as the Class Representative. She is a Class Member like you. Class Counsel can be reached by calling 1-866-354-3015.

## 9. Should I get my own lawyer?

You don't need to hire your own lawyer because Class Counsel is working on your behalf. You may hire your own lawyer, but if you do so, you will have to pay that lawyer.

## 10. How will the lawyers be paid?

Class Counsel will ask the Court for attorneys' fees and expenses of up to 35% of the Settlement Fund, and will also request an incentive award of $5,000 for the Class Representative from the Settlement Fund. The Court will determine the proper amount of any attorneys' fees and expenses to award Class Counsel and the proper amount of any award to the Class Representative. The Court may award less than the amounts requested.

YOUR RIGHTS AND OPTIONS

### 11. What happens if I do nothing at all?

If you do nothing, you will receive no money from the Settlement Fund, but you will still be bound by all orders and judgments of the Court. Unless you exclude yourself from the Settlement, you will not be able to file or continue a lawsuit against Octapharma or other Released Parties regarding any of the Released Claims. **Submitting a valid and timely Claim Form is the only way to receive a payment from this Settlement.**

To submit a Claim Form, or for information on how to request exclusion from the class or file an objection, please visit the Settlement Website, www.OPIBIPASettlement.com, or call (833) 927-0818.

### 12. What happens if I ask to be excluded?

You may exclude yourself from the Settlement. If you do so, you will not receive any cash payment, but you will not release any claims you may have against the Released Parties (as that term is defined in the Settlement Agreement) and are free to pursue whatever legal rights you may have by pursuing your own lawsuit against the Released Parties at your own risk and expense.

### 13. How do I ask to be excluded?

You can mail or email a letter stating that you want to be excluded from the Settlement. Your letter must: (a) be in writing; (b) identify the case name, *Crumpton v. Octapharma Plasma, Inc.*, 19-cv-08402 (N.D. Ill.); (c) state the full name and current address of the person in the Settlement Class seeking to be excluded (d) be signed by the person(s) seeking exclusion; and (e) be postmarked or received by the Settlement Administrator on or before January 27, 2022. Each request for exclusion must also contain a statement to the effect that "I hereby request to be excluded from the proposed Settlement Class in *Crumpton v. Octapharma Plasma, Inc.*, 19-cv-08402 (N.D. Ill.)." You must mail or e-mail your exclusion request no later than January 27, 2022 to:

Crumpton v. Octapharma Plasma, Inc.
c/o Settlement Administrator
P.O. Box 5324
New York, NY 10150-5324
-or-

info@OBIPASettlement.com

You can't exclude yourself over the phone. No person may request to be excluded from the Settlement Class through "mass" or "class" opt-outs.

### 14. If I don't exclude myself, can I sue Octapharma for the same thing later?

No. Unless you exclude yourself, you give up any right to sue Octapharma and any other Released Party for the claims being resolved by this Settlement.

### 15. If I exclude myself, can I get anything from this Settlement?

No. If you exclude yourself, you will not receive a payment.

## 16. How do I object to the Settlement?

If you do not exclude yourself from the Settlement Class, you can object to the Settlement if you don't like any part of it. You can give reasons why you think the Court should deny approval by filing an objection. To object, you must file a letter or brief with the Court stating that you object to the Settlement in *Crumpton v. Octapharma Plasma, Inc.*, Case No. 19-cv-08402 (N.D. Ill.), no later than January 27, 2022. Your objection must be e-filed or delivered to the Court at the following address:

Clerk of the United States District Court for the Northern District of Illinois
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

Due to the COVID-19 pandemic, the Court is accepting filings from pro se litigants via email. Instructions on how to file via email can be found here.

The objection must be in writing, must be signed, and must include the following information: (a) your full name and current address, (b) a statement that you believe you are a member of the Settlement Class, (c) whether the objection applies only to you, to a specific subset of the Settlement Class, or to the entire Settlement Class, (d) the specific grounds for your objection, (e) all documents or writings that you wish the Court to consider, (f) the name and contact information of any attorneys representing, advising, or in any way assisting you in connection with the preparation or submission of the objection or who may profit from the pursuit of the objection, and (g) a statement indicating whether you intend to appear at the Final Approval Hearing. If you hire an attorney in connection with making an objection, that attorney must file an appearance with the Court or seek *pro hac vice* admission to practice before the Court, and electronically file the objection by the objection deadline of January 27, 2022. If you do hire your own attorney, you will be solely responsible for payment of any fees and expenses the attorney incurs on your behalf. If you exclude yourself from the Settlement, you cannot file an objection.

In addition to filing your objection with the Court, you must send via mail, email, or delivery service, by no later than January 27, 2022, copies of your objection and any supporting documents to both Class Counsel and Octapharma's lawyers at the addresses listed below:

| Class Counsel | Octapharma's Counsel |
|---|---|
| Schuyler Ufkes | Daniel T. Graham |
| sufkes@edelson.com | dgraham@clarkhill.com |
| EDELSON PC | CLARK HILL, PLC |
| 350 North LaSalle Street, 14th Floor | 130 East Randolph Street, Suite 3900 |
| Chicago, Illinois 60654 | Chicago, Illinois 60601 |

Class Counsel will file with the Court and post on the settlement website its request for attorneys' fees and incentive awards on January 13, 2022.

## 17. What's the difference between objecting and excluding myself from the Settlement?

Objecting simply means telling the Court that you don't like something about the Settlement. You can object only if you stay in the Settlement Class as a Class Member. Excluding yourself from the Settlement Class is telling the Court that you don't want to be a Settlement Class Member. If you exclude yourself, you have no basis to object because the case no longer affects you.

QUESTIONS? VISIT WWW.OPIBIPASETTLEMENT.COM

### THE COURT'S FINAL APPROVAL HEARING

**18. When and where will the Court decide whether to approve the Settlement?**

The Court will hold the Final Approval Hearing at on February 16, 2022, at 9:00 a.m. before the Honorable Virginia M. Kendall in Room 2503 of the Northern District Court of Illinois, Dirksen U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, 60604, or via remote means as instructed by the Court. The purpose of the hearing is for the Court to determine whether the Settlement is fair, reasonable, adequate, and in the best interests of the Settlement Class. **At the hearing, the Court will hear any objections and arguments concerning the fairness of the proposed Settlement, including those related to the amount requested by Class Counsel for attorneys' fees and expenses and the incentive award to the Class Representative.**

<u>Note</u>: The date and time of the Final Approval Hearing are subject to change by Court Order. Any changes will be posted at the Settlement Website, www.OPIBIPASettlement.com.

**19. Do I have to come to the hearing?**

No. Class Counsel will answer any questions the Court may have. You are welcome to come at your own expense. If you send an objection, you don't have to come to Court to talk about it. As long as your written objection was filed or mailed on time and meets the other criteria described in the Settlement, the Court will consider it. You may also pay a lawyer to attend, but you don't have to.

**20. May I speak at the hearing?**

Yes. If you do not exclude yourself from the Settlement Class, you may ask the Court for permission to speak at the hearing concerning any part of the proposed Settlement. If you filed an objection (*see* Question 16 above) and intend to appear at the hearing, you must state your intention to do so in your objection.

### GETTING MORE INFORMATION

**21. Where do I get more information?**

This notice summarizes the proposed Settlement. More details, including the Settlement Agreement and other documents are available at www.OPIBIPASettlement.com or at the Clerk's Office in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, between 8:30 a.m. and 4:30 p.m., Monday through Friday, excluding Court holidays and any closures as a result of the COVID-19 pandemic. You can also contact Class Counsel at 1-866-354-3015 with any questions.

**PLEASE DO <u>NOT</u> CONTACT THE COURT, THE JUDGE, THE DEFENDANT OR THE DEFENDANT'S LAWYERS WITH QUESTIONS ABOUT THE SETTLEMENT OR DISTRIBUTION OF SETTLEMENT PAYMENTS.**